1 BENJAMIN B. WAGNER
United States Attorney
2 MIA GIACOMAZZI
Assistant U.S. Attorney
3 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5
Attorneys for the
6 United States of America

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CASE NO.: 5:12-mj-64-JLT
                                    )
12                      Plaintiff,  ) STIPULATION TO CONTINUE PRELIMINARY
                                    ) HEARING; ORDER
13       v.                         )
                                    ) PROPOSED DATE: December 3, 2012
14 HECTOR ROCHA-CARRANCO,           ) TIME:     1:30 p.m.
                                    ) COURT:    10 (GSA)
15                      Defendant.  )
                                    )
16                                  )
                                    )
17

18    **IT IS HEREBY STIPULATED** by and between the parties through their

19 respective counsel, Assistant United States Attorney Mia Giacomazzi,

20 Counsel for Plaintiff, and Assistant Federal Defender Jerome Price,

21 Counsel for Defendant Hector Rocha-Carranco, that the preliminary

22 hearing currently set for Friday, November 30, 2012 at 1:30 p.m. **may**

23 **be continued to Monday, December 3, 2012, at 1:30 p.m. before United**

24 **States Magistrate Judge Gary S. Austin.** The reason for the continuance

25 is that the defendant is housed in Lerdo and will not be available to

26 be transported to the court until Monday, December 3, 2012.  The

27 parties agree that this continuance will conserve time and resources

28 for both parties and the court.

                         - 1 -    STIPULATION TO CONTINUE STATUS CONFERENCE
                                                       AND ORDER THEREON

The defendant recognizes that this continuance will put the preliminary hearing outside of the statutory time period of 14 days after the initial appearance and consents to this continuance based on good cause and taking into account the public interest in the prompt disposition of criminal cases.

BENJAMIN B. WAGNER
United States Attorney

Dated: November 28, 2012     By:    /s/ MIA A. GIACOMAZZI
                                    MIA A. GIACOMAZZI
                                    Assistant U.S. Attorney

Dated: November 28, 2012     By:    /s/ JEROME PRICE
                                    JEROME PRICE
                                    Counsel For Defendant

**ORDER**

 **IT IS SO ORDERED** that the preliminary hearing currently set for Friday, November 30, 2012 at 1:30 p.m. **is CONTINUED to Monday, December 3, 2012, at 1:30.  The Court orders this continuance of the preliminary hearing outside of the statutory period based on the defendant's consent, a showing of good cause and taking into account the public interest in the prompt disposition of criminal cases.**

IT IS SO ORDERED.

Dated:   **November 29, 2012**          **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE